**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01304-CV

## IN RE GEARBOX SOFTWARE LLC, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52347-2015**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's emergency motion for stay of discovery deadline. We **ORDER**

relator to bear the costs of this original proceeding.


/s/    DAVID L. BRIDGES
        JUSTICE